UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FELIX GENAO DE LA CRUZ,<br><br>                    Petitioner,<br><br>-against-<br><br>ALEJANDRO MAYORKAS; WARDEN,<br>BUFFALO FEDERAL DETENTION<br>FACILITY,<br><br>                    Respondent. | 21-CV-6589 (LJL)<br><br>ORDER TO ANSWER, 28 U.S.C. § 2241 |

LEWIS LIMAN, United States District Judge:

The Court, having examined the petition in this action, which Petitioner filed pursuant to 28 U.S.C. § 2241, hereby ORDERS that:

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued.

Within 14 days of the date of this order, the U.S. Attorney's Office shall file an answer or other pleadings in response to the petition. Petitioner may file reply papers, if any, within thirty days from the date Petitioner is served with Respondent's answer.

The Clerk of Court is respectfully directed to mail a copy of this Order to petitioner.

SO ORDERED.

Dated:   8/6/2021
         New York, New York

                                                        _____
                                                        LEWIS LIMAN
                                                        United States District Judge